# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Senechal, Alice R**

Report Year: 2020

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Senechal, Alice R [electronically signed on 05/01/2021 by Senechal, Alice R in JEFS]**

## I. Positions

None

## II. Agreements

None

## III A. Filer's Non-Investment Income

None

## III B. Spouse's Non-Investment Income

None

## IV. Reimbursements

None

## V. Gifts

None

## VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | Gate City Bank Cash Accounts | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 2 | Hewlett Packard Common Stock | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3 | Hewlett Packard Enterprise Common Stock | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4 | Real Estate, McHenry County | $5,001 - $15,000 | Rent | $100,001 - $250,000 | Estimated | | | |
| 5 | Thrivent Financial Life Insurance Policy (see note) | | None | $15,001 - $50,000 | Cash Market | | | |
| 6 | United States Savings Bonds | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 7 | TD Ameritrade FDIC Insured Deposit | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 8 | DFA Emerging Markets Core Equity Fund | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 9 | DFA International Sustainability Core I | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 10 | DFA US Targeted Value Portfolio | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 10.1 | DFA US Targeted Value Portfolio | | | | | Purchased | 09/01/2020 | $15,000 or less |
| 11 | Vanguard REIT Index Fund Admiral Shares | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 12 | Mission Investment Fund - Cash Account | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 13 | DFA TA World Core Equity | $2,501 - $5,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 13.1 | DFA TA World Core Equity | | | | | Sold | 09/01/2020 | $15,001 - $50,000 |
| 13.2 | DFA TA World Core Equity | | | | | Purchased | 02/27/2020 | $15,000 or less |
| 14 | Xcel Energy Common Stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 15 | DFA Core Equity 1 | $2,501 - $5,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 15.1 | DFA Core Equity 1 | | | | | Donated | | |
| 15.2 | DFA Core Equity 1 | | | | | Sold | 09/01/2020 | $15,001 - $50,000 |
| 15.3 | DFA Core Equity 1 | | | | | Purchased | 02/27/2020 | $15,001 - $50,000 |
| 15.4 | DFA Core Equity 1 | | | | | Purchased | 03/09/2020 | $15,000 or less |
| 16 | DFA Investment Grade Bond | $2,501 - $5,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 16.1 | DFA Investment Grade Bond | | | | | Sold | 03/09/2020 | $15,000 or less |
| 16.2 | DFA Investment Grade Bond | | | | | Purchased | 09/01/2020 | $15,001 - $50,000 |
| 17 | DFA World Fixed Income Fund | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 17.1 | DFA World Fixed Income Fund | | | | | Sold | 02/27/2020 | $15,000 or less |
| 17.2 | DFA World Fixed Income Fund | | | | | Sold | 09/01/2020 | $15,001 - $50,000 |
| 17.3 | DFA World Fixed Income Fund | | | | | Purchased | 01/13/2020 | $15,001 - $50,000 |
| 18 | Vanguard High Yield Bond Fund | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 19 | DFA Large Cap Value Fund | $2,501 - $5,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 20 | DFA 1 Year Fixed Income | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 20.1 | DFA 1 Year Fixed Income | | | | | Purchased | 09/01/2020 | $15,001 - $50,000 |
| 20.2 | DFA 1 Year Fixed Income | | | | | Purchased | 10/06/2020 | $15,000 or less |
| 21 | DFA Intermediate Term Muni Bond | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 21.1 | DFA Intermediate Term Muni Bond | | | | | Purchased | 01/13/2020 | $15,000 or less |
| 21.2 | DFA Intermediate Term Muni Bond | | | | | Purchased | 12/11/2020 | $15,000 or less |
| 22 | Vanguard REIT Index Viper Shares | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 22.1 | Vanguard REIT Index Viper Shares | | | | | Purchased | 01/13/2020 | $15,000 or less |
| 22.2 | Vanguard REIT Index Viper Shares | | | | | Purchased | 09/01/2020 | $15,000 or less |
| 23 | DXC Technology Stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 24 | Micro Focus International Stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 25 | Perspecta Stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 26 | DFA US Micro Cap Fund | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 26.1 | DFA US Micro Cap Fund | | | | | Sold | 01/13/2020 | $15,000 or less |
| 26.2 | DFA US Micro Cap Fund | | | | | Purchased | 09/01/2020 | $50,001 - $100,000 |

Additional Information or Explanation